LAWRENCE ACKERMAN v. JOHN TAYLOR.

A certiorari allowed (without prejudice to the question of jurisdiction) to remove an order of the sessions made on appeal in an apprentice case, notwithstanding the general language of the 10th section of the act* respecting apprentices, *Rev. Laws* 368.

*NOTE.—The words of the act are "that no writ of certiorari or other process shall issue or be issuable to remove into the Supreme Court any proceedings had in pursuance of this act."

---

*Vanarsdale*, on behalf of Ackerman, moved for the allowance of a certiorari to the General Quarter Sessions of Essex, to remove an order made on appeal in an apprentice

cause. He remarked that notwithstanding the general language of the statute, *Rev. Laws* 368, *sect.* 10, a certiorari had been allowed in an apprentice case, 1 *Pen.* 336; and in other cases where the words were equally prohibitory, 2 *Pen.* 1038, 2 *South.* 850, 1 *Halst.* 164, 2 *Halst.* 216, 1 *Hawk. P. C.* 218, *sec.* 79. He stated several grounds for the allowance.

By THE COURT.—Sufficient grounds for the allowance being shewn, let the writ issue, without prejudice however to the defendant on the question of jurisdiction, if he think proper to raise and argue it on the return of the writ.